**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Diabetes Care Group Management, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **AKA DCGM, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-2736854** |
| 4. | Debtor's address | **Principal place of business**<br><br>**10 Burton Hills Blvd., Ste 400**<br>**Nashville, TN 37215**<br>Number, Street, City, State & ZIP Code<br><br>**Davidson**<br>County<br><br>**Mailing address, if different from principal place of business**<br><br>**P.O. Box 50395**<br>**Nashville, TN 37205**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.vigilant-health.com** |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Diabetes Care Group Management, Inc.**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **6219**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | Diabetes Care Group Management, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Diabetes Care Group Management, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 9, 2025**
MM / DD / YYYY

**X /s/ G. Austin Triggs, Jr.**            **G. Austin Triggs, Jr.**
Signature of authorized representative of debtor      Printed name

Title **Chairman**

**18. Signature of attorney**

**X /s/ Robert J. Gonzales**            Date **January 9, 2025**
Signature of attorney for debtor                  MM / DD / YYYY

**Robert J. Gonzales**
Printed name

**EmergeLaw, PLC**
Firm name

**4235 Hillsboro Pike, Suite 300**
**Nashville, TN 37215**
Number, Street, City, State & ZIP Code

Contact phone **(615) 815-1535**   Email address **ecf@emerge.law**

**16705 TN**
Bar number and State

Debtor  **Diabetes Care Group Management, Inc.**          Case number (*if known*)
        <sub>Name</sub>

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **DCA Mississippi, LLC** | | Relationship to you | **Affiliate** | |
| District | **Middle District of Tennessee** | When **1/9/25** | Case number, if known | **3:25-bk-00102** | |
| Debtor | **Diabetes Care Group, Inc.** | | Relationship to you | **Affiliate** | |
| District | **Middle District of Tennessee** | When **1/9/25** | Case number, if known | **3:25-bk-00101** | |
| Debtor | **Vigilant Health Network, Inc.** | | Relationship to you | **Affiliate** | |
| District | **Middle District of Tennessee** | When **1/9/25** | Case number, if known | **3:25-bk-00100** | |

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Diabetes Care Group Management, Inc.**  
Debtor(s)

Case No. _____  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 9, 2025**

/s/  **G. Austin Triggs, Jr.**
 **G. Austin Triggs, Jr.**/**Chairman**
Signer/Title

968 West Veterans Realty LLC
50 Tice Blvd
Woodcliff Lake, NJ 07677


Aspire Funding Platform
9450 SW Gemini Dr Pmb 65198
Beaverton, OR 97008-7105


Aspire Funding Platform, LLC
50 Tice Blvd.
Woodcliff Lake, NJ 07677


Canfield Capital, LLC
1775 Wehrle Dr., Ste 300
Buffalo, NY 14221-7093


Canfield Capital, LLC
30 N. Gould Street, Ste R
Sheridan, WY 82801


Capytal.com
80 Broad St Suite 3303
New York, NY 10004


Cedar Advance LLC
5401 Collins Avenue CU-9A
Miami Beach, FL 33140


Christine Medlock, Esq.
1385 Broadway, 15th Floor
New York, NY 10018


CHTD Company
P.O. Box 2576
Springfield, IL 62708


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703


CORPORATION SERVICE COMPANY, Rep (UCC)
P.O. Box 2576
Springfield, IL 62708


Cromwell Capital LLC
398 E Dania Beach Blvd #297
Dania, FL 33004


CT Corporation System, as (UCC) Rep.
Attn: SPRS
330 North Brand Blvd., Ste 700
Glendale, CA 91203


David Fogel P.C.
1225 Franklin Avenue, Suite 201
Garden City, NY 11530

DMKA, LLC
dba The Smarter Merchant
1115 Broadway, 11th Floor
New York, NY 10010


First Corporate Solutions
914 S. Street
Sacramento, CA 95811


First Corporate Solutions, Inc. UCC Rep
914 S. Street
Sacramento, CA 95811


Fora Financial Business Loans, LLC
1385 Broadway
New York, NY 10018


Fox Funding Group, LLC
801 South 21st Ave
Hollywood, FL 33020


Fox Funding Group, LLC
c/o Registered Agent - Tyler B. Korn, Es
5150 Tamiami Trail N., Ste 302
Naples, FL 34103


Highland Hill Capital, LLC
1100 Park Central Blvd S Suite 1200
Pompano Beach, FL 33064


Lieberman & Klestzick, LLP
P.O. Box 356
Cedarhurst, NY 11516


NewCo Capital Group, LLC
c/o Registered Agent - SPI Agent Solutio
1540 Glenway Drive
Tallahassee, FL 32301


Premium Merchant Funding 26 LLC
55 Water Street
New York, NY 10041


Quick Capital Funding
90 Broad St., Ste 903
New York, NY 10004


Secured Lender Solutions
P.O. Box 2576
Springfield, IL 62708


Smarter Merchant, LLC
245 7th Avenue
New York, NY 10001

Topline Recovery, LLC
1078 Summit Ave., Suite 104
Jersey City, NJ 07307


Wolters Kluwer Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Diabetes Care Group Management, Inc.**　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Diabetes Care Group Management, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**January 9, 2025**　　　　　　　　　　　　　　　/s/ Robert J. Gonzales
Date　　　　　　　　　　　　　　　　　　　　　**Robert J. Gonzales**
　　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　　　　　Counsel for **Diabetes Care Group Management, Inc.**
　　　　　　　　　　　　　　　　　　　　　　　EmergeLaw, PLC
　　　　　　　　　　　　　　　　　　　　　　　**4235 Hillsboro Pike, Suite 300**
　　　　　　　　　　　　　　　　　　　　　　　**Nashville, TN 37215**
　　　　　　　　　　　　　　　　　　　　　　　**(615) 815-1535　Fax:**
　　　　　　　　　　　　　　　　　　　　　　　**ecf@emerge.law**